IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| PERMANENT GENERAL ASSURANCE CORPORATION OF OHIO,<br><br>    Plaintiff,<br><br>v.<br><br>DANIEL MARK MINICK, MARK MINICK, MINICK INTERIORS, INC., PROGRESSIVE MOUNTAIN INSURANCE COMPANY, THE ESTATE OF MICHAEL THOMAS MORRIS, LYNTON GODWIN, and FREDERICK UPDIKE,<br><br>    Defendants. | Civil Action File No.:<br>1:22-CV-00197-LAG |

## STIPULATION OF PROGRESSIVE MOUNTAIN INSURANCE COMPANY

COMES NOW, Respondent Progressive Mountain Insurance Company (hereinafter "Progressive"), by and through its undersigned counsel, and hereby waives any and all defenses to Petitioner's allegation asserted in the Petition for Declaratory Judgment. Respondent Progressive stipulates that it will be bound by this Court's determination with respect to the issues raised in the Petition.

1

In consideration for the foregoing, Progressive and Petitioner have consented to dismiss Respondent Progressive from this action and are filing a Consent Motion to Dismiss Fewer Than All Respondents contemporaneously herewith.

Respectfully submitted, this 18th day of January, 2023

                                                  LUEDER, LARKIN & HUNTER LLC

                                                  */s/ Samuel H. Sabulis*
                                                  SAMUEL H. SABULIS
                                                  State Bar No. 339532
                                                  JENNIFER L. PRIDGEON
                                                  State Bar No. 434428
                                                  *Attorneys for Progressive*

3535 Piedmont Road, N.E.
Building 14, Suite 205
Atlanta, Georgia 30305
T.: (678) 359-6028
F.: (678) 359-6028
ssabulis@luederlaw.com
jpridgeon@luederlaw.com

## CERTIFICATION OF COMPLIANCE

The Undersigned Counsel hereby certifies that the foregoing has been prepared using Times New Roman 14-Point Font, as approved in LR 5.1C.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served this 18th day of January, 2023, upon all attorneys to this matter by filing with the Court's CM/ECF system, which will automatically e-mail notification of same to the following counsel of record as follows:

> Jeffrey A. Kershaw, Esq.
> R. Patrick White, Esq.
> Kershaw White, LLC
> 5881 Glenridge Drive, Suite 100
> Atlanta, Georgia 30328

Respectfully submitted, this 18th day of January, 2023.

> LUEDER, LARKIN & HUNTER LLC
>
> */s/ Samuel H. Sabulis*
> SAMUEL H. SABULIS
> State Bar No. 339532
> JENNIFER L. PRIDGEON
> State Bar No. 434428
> *Attorneys for Progressive*

3535 Piedmont Road, N.E.
Building 14, Suite 205
Atlanta, Georgia 30305