IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| PERMANENT GENERAL ASSURANCE CORPORATION OF OHIO,<br><br>   Plaintiff,<br><br>v.<br><br>DANIEL MARK MINICK, MARK MINICK, MINICK INTERIORS, INC., PROGRESSIVE MOUNTAIN INSURANCE COMPANY, THE ESTATE OF MICHAEL THOMAS MORRIS, LYNTON GODWIN, and FREDERICK UPDIKE,<br><br>   Defendants. | Civil Action File No.:<br>1:22-CV-00197-LAG |

## JOINT MOTION TO DISMISS
## PROGRESSIVE MOUNTAIN INSURANCE COMPANY

COME NOW Petitioner Permanent General Assurance Corporation of Ohio and Respondent Progressive Mountain Insurance Company (collectively, the "Parties") and hereby jointly move for the voluntary dismissal of Respondent Progressive Mountain Insurance Company with prejudice pursuant to Federal Rule of Civil Procedure 21.  Plaintiff shall continue to prosecute this case against the remaining Defendants.

The Clerk of Court, United States District Court, Middle District, Albany Division is respectfully requested to mark the Court's records to reflect that Respondent Progressive Mountain Insurance Company is hereby dismissed with prejudice from the above-styled case.

Respectfully submitted and consented to on this 18th day of January, 2023.

                                    KERSHAW WHITE, LLC

                                    /s/ Jeffrey A. Kershaw
                                    (*by Sam Sabulis with express permission*)
                                    JEFFREY A. KERSHAW
                                    Georgia Bar No.: 159054
                                    R. PATRICK WHITE
                                    Georgia Bar No.: 754806
                                    *Attorneys for Plaintiff*

5881 Glenridge Drive, Suite 100
Atlanta, Georgia 30328
T: (470) 344-0958
F: (404) 748-1179
Jeff.kershaw@kershawwhite.com
Patrick.white@kershawwhite.com

(*Signatures follow on next page*)

                                                 LUEDER LARKIN & HUNTER, LLC

                                                 */s/ Samuel H. Sabulis*
                                                 SAMUEL H. SABULIS
                                                 State Bar No. 339532
                                                 JENNIFER L. PRIDGEON
                                                 State Bar No. 434428
                                                 *Attorneys for Progressive*

3535 Piedmont Road
Building 14, Suite 205
Atlanta, Georgia 30305
T:  (678) 359-6028
F:  (678) 359-6028
ssabulis@luederlaw.com
jpridgeon@luederlaw.com

## CERTIFICATION OF COMPLIANCE

The Undersigned Counsel hereby certifies that the foregoing has been prepared using Times New Roman 14-Point Font, as approved in LR 5.1C.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served this 18th day of January, 2023, upon all attorneys to this matter by filing with the Court's CM/ECF system, which will automatically e-mail notification of same to the following counsel of record as follows:

> Jeffrey A. Kershaw, Esq.
> R. Patrick White, Esq.
> Kershaw White, LLC
> 5881 Glenridge Drive, Suite 100
> Atlanta, Georgia 30328

Respectfully submitted, this 18th day of January, 2023.

> LUEDER, LARKIN & HUNTER LLC
>
> */s/ Samuel H. Sabulis*
> SAMUEL H. SABULIS
> State Bar No. 339532
> JENNIFER L. PRIDGEON
> State Bar No. 434428
> *Attorneys for Progressive*

3535 Piedmont Road, N.E.
Building 14, Suite 205
Atlanta, Georgia 30305